HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
RANDY C. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-PO-000268 JDP |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| RANDY C. BROWN, | |
| Defendant. | Date: September 10, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Randy C. Brown, that the status conference scheduled for September 10, 2019, may be continued to October 22, 2019, at 10:00 a.m.

//

//

-1-

| | |
|---|---|
| 1 | The defendant has almost competed his DUI program and seeks additional time to obtain his driver's license.  Defense counsel asks to reschedule the case for October 22, 2019.  The Government concurs. |

The defendant has almost competed his DUI program and seeks additional time to obtain his driver's license.  Defense counsel asks to reschedule the case for October 22, 2019.  The Government concurs.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 26, 2019         /s/  *Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for RANDY C. BROWN


McGREGOR W, SCOTT
United States Attorney


Dated:  August 26, 2019         /s/ *Rachelle Barbour for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

ORDER

The status conference scheduled for September 10, 2019 is continued to October 22, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated: September 9, 2019

_____
UNITED STATES MAGISTRATE JUDGE