```
 1  Susan St. Vincent
    Legal Officer
 2  NATIONAL PARK SERVICE
    Legal Office
 3  P.O. Box 517
    Yosemite, California  95389
 4  Telephone:  (209) 372-0241
 5
 6
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 6:19-po-00268-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| RANDY BROWN, | |
| Defendant. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The parties have reached a resolution in this matter wherein the Government will dismiss citation number 4707118 and issue the Defendant a citation for Driving Without a Valid License (California Vehicle Code § 12500) which the Defendant will pay through the Central Violations Bureau within 30 days.

    .

    Dated:  October 22, 2019          NATIONAL PARK SERVICE

                                                         /S/ Susan St. Vincent
                                                        Susan St. Vincent
                                                        Legal Officer

ORDER

Upon application of the United States, and good cause having been shown therefor, the above referenced matter, *United States v. Brown* citation number 4707118, is dismissed, without prejudice, in the interest of justice. The status conference currently scheduled for October 23, 2019 is vacated.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
UNITED STATES MAGISTRATE JUDGE